IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOM THANH NGYUEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al. | : | NO. 15-5082 |

<u>ORDER</u>

AND NOW, this 12th day of May, 2016, upon consideration of plaintiff Tom Thanh Ngyuen's complaint (docket entry #1), defendants' motion to dismiss (docket entry #6), and Ngyuen's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day on this case, it is hereby ORDERED that:

1. Defendants' motion to dismiss (docket entry #6) is GRANTED IN PART;

2. Count II of the complaint is DISMISSED WITH PREJUDICE as to defendant Commonwealth of Pennsylvania and DISMISSED WITHOUT PREJUDICE as to defendant Frank Pawlowski;

3. Counts IV and V of the complaint are DISMISSED WITH PREJUDICE; and

4. Plaintiff may FILE an amended complaint, if he wishes, by noon on May 31, 2016.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.