IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAM THANH NGYUEN,

    Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA, et al.,

    Defendants.

CIVIL ACTION
NO. 15-5082

## ORDER

**AND NOW**, this 6th day of November 2017, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 30), Defendant Jarret Bromberg's Motion for Summary Judgment (Doc. No. 32), Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 36), Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. No. 40), the Supplemental Brief in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. No. 43), the arguments of counsel for the parties at the July 14, 2017 hearing, and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 30) is **DENIED**, and Defendant's Cross-Motion for Summary Judgment (Doc. No. 32) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.